IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-30133
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

CLARENCE ALLEN MCHANNEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 98-CR-10014-1

_____

September 14, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Clarence
Allen McHanney has moved for leave to withdraw and has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
McHanney has received a copy of counsel's motion and brief, and
he has filed a response.  Our independent review of the brief,
the record, and his response discloses no nonfrivolous issue.
Accordingly, counsel's motion for leave to withdraw is GRANTED,
counsel is excused from further responsibilities herein, and the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

APPEAL IS DISMISSED.